In the Matter of the Application of Josephine Kopczynski, Respondent, for the Removal of Albert Kusper, Appellant, from Certain Premises in the City of Elmira.— Motion denied.

Alexander H. Mills and Others, Respondents, v. The City of Gloversville, Appellant.— Appeal dismissed, with ten dollars costs.

In the Matter of the Application of Margaret M. Shuefelt to Compel George W. Donnan and Benjamin Terk, Attorneys of the State of New York, to Pay over Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Celia Murphy, an Infant, by Mary Ann Murphy, Her Guardian ad Litem, Appellant, v. The Village of Fort Edward, Respondent.—Reargument ordered. Case set down for Wednesday, November twelfth.

Louise Burke Owens, Respondent, v. Oscar Lee Owens, Appellant.— Motion granted, unless within thirty days the defendant pays ten dollars costs of this motion and serves upon the plaintiff a proposed case and exceptions and uses all efforts to speed the hearing of the appeal, in which case motion is denied.

Cora Gaylord Ryon, as Administratrix, etc., of Henderson Gaylord, Respondent, v. Hannah P. Gibson, Individually and as Executrix, etc., of Judson A. Gibson, Deceased, Appellant.— Motion denied.

Troy Waste Manufacturing Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion granted.

Charles E. Vinson, Respondent, v. The Sewer, Water and Street Commission of Saratoga Springs, N. Y., Appellant.— Motion denied.

Asenath Veeder, Respondent, v. The City of Gloversville, Appellant.— Appeal dismissed, with ten dollars costs.

Adam Z. Wemple, and Another, Respondents, v. The City of Gloversville, Appellant.— Appeal dismissed, with ten dollars costs.

Jay S. Wilson, Respondent, v. The City of Gloversville, Appellant.— Appeal dismissed, with ten dollars costs.

---

## FOURTH DEPARTMENT, SEPTEMBER, 1913.

Jennie A. Hildebrandt, as Executrix, etc., Respondent, v. Lehigh Valley Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Patrick M. Barry, as Administrator, etc., Appellant, v. Solvay Process Company, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

James D. Armstrong, Respondent, v. Minetto-Meriden Company, Appellant.— Motion to amend order of reversal so as to state that the reversal was made upon questions of law only and that facts had been examined and no error found therein, denied, without costs.